# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEFTALI PADUANI,<br><br>    Plaintiff,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Defendants. | Case No. 3:24-cv-00051-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    Plaintiff, Neftali Paduani and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mark Hackman, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 22 day of October, 2024.

By: _____
NEFTALI PADUANI
*Plaintiff*

DATED this 22nd day of October, 2024

AARON D. FORD
Attorney General

By: _____
MARK HACKMAN, Bar No. 16704
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
Anne R. Traum, U.S. District Judge

DATED: January 13, 2025

Page 1